Demetrius L. GREEN, Plaintiff–Appellant,

v.

Ms. CAPERS, Jail Administrator; Mr. Brooks, Jail Guard; Ms. Elmore, Jail Guard, Defendants–Appellees.

No. 16-7007

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 15, 2016

Demetrius L. Green, Appellant Pro Se. Charles Clifford Rollins, RICHARDSON PLOWDEN, Columbia, South Carolina, for Appellees.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius L. Green seeks to appeal the magistrate judge's text orders denying his motions to amend his complaint and to compel discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The text orders Green seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED